August 28, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

JEFFERSON COUNTY, TEXAS, Appellant

NO. 14-13-00663-CV                      V.

DONNA DAVIS, Appellee

_____

        This cause, an appeal from the judgment signed June 19, 2013 in favor of appellee Donna Davis, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore **REFORM** the judgment of the court below to delete the award of $500,000 for future mental anguish. The total amount of Davis's actual damages accordingly is $812,145.

        We order the judgment of the court below **AFFIRMED** except as modified in this judgment.

        We order appellant Jefferson County to pay all costs incurred in this appeal.

        We further order this decision certified below for observance.